MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| REBECCA JOYCE VERHOEVEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Deputy Commissioner for Operations, ) <br> performing the duties and functions not ) <br> reserved to the Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> ) | Civil No. 1:17-cv-00991-BAM <br><br> **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER BRIEF** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of a very heavy workload, and because of a preplanned upcoming weeklong vacation.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's Responsive Brief will be Wednesday, May 9, 2018.

Respectfully submitted,

Date: *April 9, 2018*  LAW OFFICES OF STUART T. BARASCH

By: */s/ Stuart T. Barasch\**
STUART T. BARASCH
*\* By email authorization on April 9, 2018*
Attorney for Plaintiff

Date: *April 9, 2018*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

Based upon the parties' stipulation, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time to May 9, 2018, in which to file an opposition to Plaintiff's opening brief; and all other deadlines in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **April 9, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE