MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| REBECCA JOYCE VERHOEVEN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:17-cv-00991-BAM<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

///

///

///

1

| | |
|---|---|
| 1 | Upon remand to the defendant, the Office of Disability Adjudication and Review will |
| 2 | remand this case to an Administrative Law Judge (ALJ) with instructions to reconsider the |
| 3 | opinions of examining physician Dr. Radhey Bansal, State agency physician Dr. T. Do, and |
| 4 | treating physician Dr. Nirupama Vemuri.  The ALJ will offer Plaintiff the opportunity to attend |
| 5 | an additional administrative hearing, take further actions appropriate to develop the record, and |
| 6 | issue a new decision. |

Respectfully submitted,

Date: _April 25, 2018_             LAW OFFICES OF STUART T. BARASCH

By:     _/s/ Stuart Barasch*_
STUART BARASCH
* *By email authorization on April 25, 2018*
Attorney for Plaintiff

Date: _April 25, 2018_             MCGREGOR W. SCOTT
United States Attorney

By:     _/s/ Michael K. Marriott_
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above stipulation.

IT IS SO ORDERED.

Dated:   **April 30, 2018**           /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2